RECEIVED 07/11/2012

2012 JUL 11 PM 2: 33

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Eric N. Foster
1035 Cosby Mill Cove
Cordova, TN 38018
(Name of plaintiff or plaintiffs)

v.                         CIVIL ACTION NO. _____

Blues City Brewing Company      et al
aka City Brewing Company
5151 E. Raines Road             Connie Michaels
Memphis, TN 38118               Bernadette Fuller
(Name of defendant or defendants)  T.J. East
                                Norman Kent Couch

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, __Eric N. Foster__
   (name of plaintiff)

is a citizen of the United States and resides at __1035 Cosby Mill Cove__
                                                  (street address)

__Cordova__         __United States__         __Tennessee__
(city)              (country)                 (state)

__38018__                          __901-870-7920__
(zip code)                         (telephone number)

3. Defendant __Blues City Brewing Company__
(defendant's name).
lives at, or its business is located at __5151 Raines Road__
(street address)
__Memphis, Tennessee 38118__

4. Plaintiff sought employment from the defendant or was employed by the defendant at __5151 Raines Road__
(street address)
__Memphis__ (city) __United States__ (country) __Tennessee__ (state) __38118__ (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __17__ (day) __February__ (month) __2012__ (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____ (day) _____ (month) _____ (year).

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __02__ (day) __March__ (month) __2012__ (year).

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __26__ __April__ __2012__. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) ✓ race, (2) ✓ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) __Conspired, defamated, plotted, wrongfully terminated ✓ discriminated and__

10. The circumstances under which defendant discriminated against plaintiff were as follows: _Please see attached page for answer to this # 10 question._

_Please See Attached_

11. The acts set forth in paragraph 9 of this complaint

  (a) ____ are still being committed by defendant.

  (b) _✓_ are no longer being committed by defendant.

  (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

  (a) ____ Defendant be directed to employ plaintiff, or

  (b) _✓_ Defendant be directed to re-employ plaintiff, or

  (c) ____ Defendant be directed to promote plaintiff, or;

  (d) ____ Defendant be directed to _pay punitive, monetary and/or compensatory damages to the maximum allowable by law for each offense, and pay court cost and any and all attorney fees._

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

_Eric R. Foster_
SIGNATURE OF PLAINTIFF
efoster70@yahoo.com

attachments:
additional 15 pages

Eric N. Foster CIVIL ACTION NO_____VS BLUES CITY BREWING COMPANY        1

## 10. ATTACHED CIRCUMSTANCES OF DISCRIMINATION EXPLAINED

I was hired by Blues City Brewing Co. Memphis, August 2011; I was laid off after one month and recalled in January 2012. During this time I was never told or counseled in any way that my performance or attitude was leading to termination by Human Resources or my department managers and supervisor. Days before and up to February 16, 2012, I was totally surprised that my job was in jeopardy. On the evening of February 16, 2012 I was told by Kent Couch, my supervisor that H. R. Mgr Bernadette Fuller wanted to see me at the end of the shift. I was LATER told that Ms Fuller had cancelled MY Feb. 16 evening meeting and changed it to Feb. 17, 2012 due to her going to the eye doctor, and her still being in pain from it. I asked Kent what was the nature of the meeting. He did not tell me. The next morning I was sent to HR and wrongfully terminated on hearsay accusations. The cause of my wrongful termination supposedly was according to the reason Mrs. Fuller highly berated me on in write up of the cell phone legally taped recorded document I am ATTACHING that I recorded while in the 45 minute long termination meeting. The Wrongful termination was the result of a morning visit to Kent Couch's office on February 16, 2012 by Darlene Roberts, Kent's email attached and a copy of this meeting was sent to Management of what Darlene Roberts told Kent of what her white male friend, Tommy King had told her about. Darlene told Kent of a supposed conversation T. King said he and I had engaged in, in the past. Note: Darlene, a white 54 year old Female is in the same work group as Tommy King, a white 56 year old male and I, Eric, a Black 42 year old male am also in. Darlene and Tommy King both met that morning of Feb. 16, 2012 with Kent. After the meeting with them, Kent that morning at 9:15 AM sent an email to HR B. Fuller and TJ East, packaging manager and they all decided to terminate me that same evening per Darlene's visit on Feb. 16, AM, on hearsay. Darlene retaliated for my asking her with Kent to stop her verbal abuse of me, a violation of a plant rule #25. Kent took side with her in my request to be treated as a man with respect as she also wanted. The result of my asking Darlene Roberts with the Supervisor Couch, her close friend, because she was very harsh, this resulted in Darlene and Kent conspiring with management and Human Resources to terminate me. This set my termination in motion and I lost my JOB. I was not given due process as to the accusations and labor employment laws and procedures. Never was I called in until firing or asked about anything, I was DISCRIMINATED against WRONGFULLY TERMINATED

Eric N. Foster CIVIL ACTION NO_____VS BLUES CITY BREWING COMPANY         2

### 10. Cont ATTACHED CIRCUMSTANCE OF DISCRIMINATION EXPLAINED

WITHOUT DUE PROCESS AND RETALIATED AGAINST. *THE COMPANY VIOLATED THEIR OWN PROGRSSIVE DISIPLINARY ACTION CLAUSE.* DARLENE should have had nothing to do in any way in any business concerning me and of causing my
livelihood and employment to be affected. Management allowed it and this is why I filed the conspiracy for wrongful termination at the EEOC.

I went thru every effort to get City Brewing Co. to intervene and to get my job back. I wrote to City B. numerous letters begging to be done right or just heard. City B. would not answer, I went to the EEOC, filed charges. **EEOC DID NOT INVESTIGATE BUT** gave me the right to sue. I then asked for my ENTIRE EEOC FILE and EEOC gave entire file to me. The response from Bernadette F. from Kent shows how/why I was terminated. The Kent Couch **DARLENE ROBERTS VISIT**, and Email of February 16, 2012 set my Termination in motion.

ATTACHMENTS: EEOC COPY OF MY FILE SUBMITED AS PROOF!

I ask that the Court will see that I was wrongfully terminated in this, A Tennessee AT WILL state, but recognize that this was not a LEGAL AT WILL termination cause as cited in labor laws. I pray and am asking that I am granted due process and award me my job back without intimidations, fair employment and any loss of pay and overtime worked by my peers and the medical insurances that I was entitled to. My charges of Wrongful Termination, Discrimination, Retaliation, Violation of Title VII of the civil right act 1964 (Title VII), and Violation of Government Fair Labor Standards, I ask that the courts will grant me fair relief for/of punitive damages, workplace bullying, and all other damages found.

Eric N. Foster