```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| ERIC N. FOSTER,<br><br>　　Plaintiff,<br><br>v.<br>BLUE CITY BREWING COMPANY<br>a/k/a CITY BREWING COMPANY, ET<br>AL.<br><br>　　Defendants. | No. 2:12-cv-2581-JPM-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court, the issues have been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Application to Proceed <u>In Forma Pauperis</u> and Directing Plaintiff to Pay the Filing Fee (D.E. 4) and Order Dismissing Case (D.E. 5); this case is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. Pro. 41(b).


IT IS SO ORDERED this 31st day of August, 2012.


　　　　　　　　　　　　　　　　　　s/ JON P. McCALLA
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE